**Order filed January 10, 2019**



In The

# Fourteenth Court of Appeals

_____

## NO. 14-18-00727-CV
_____

**SONIA BARBOZA, Appellant**

**V.**

**MORRELL MASONRY SUPPLY, INC., Appellee**

---

**On Appeal from the 129th District Court**
**Harris County, Texas**
**Trial Court Cause No. 2017-20565**

---

## O R D E R

Appellant's brief was due December 13, 2018. No brief or motion for extension of time has been filed.

Unless appellant files a brief with this court on or before **January 25, 2019**, the court will dismiss the appeal for want of prosecution. *See* Tex. R. App. P. 42.3(b).

PER CURIAM